Check # 1014
rcpt # 128348

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

2010 MAR 16 PM 2:23

| IN RE | * Case No. 08-33616 |
| --- | --- |
| | * |
| CHARLES LAWRENCE MONROE, JR. | * Judge Mary Ann Whipple |
| DEBORAH SUE MONROE | * |
| | * |
| | * William L. Swope, Trustee |
| | * 221 South Main Street |
| | * Findlay, Ohio 45840 |
| | * (419) 422-0288 |
| | * Sup. Ct. #0029538 |
| | * |
| | * |

## TRANSMITTAL OF UNCLAIMED FUNDS

William L. Swope, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the person(s) to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Check Number | Payee | Amount |
| --- | --- | --- |
| 1005 | Meade & Associates<br>737 Enterprise Drive<br>Westerville, OH 43081-8885 | $34.88 |
| | | $34.88 |

2. Your trustee's check for $34.88 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

*William L. Swope*
William L. Swope
Trustee

March 12, 2010